ORIGINAL

FILED
DISTRICT COURT OF GUAM
FEB 1-2 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00006 |
| Plaintiff, | **COMPLAINT** |
| v. | **ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** [21 U.S.C. §§ 841(a)(1) and 846] |
| JOSEPH CALVO MAFNAS, | |
| Defendant. | |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about February 1, 2005, in the District of Guam, the defendant herein, JOSEPH CALVO MAFNAS, did knowingly and intentionally attempt to possess with intent to distribute over fifty (50) grams of methamphetamine a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and 846.

COMPLAINANT FURTHER STATES:

I, Paul S. Griffith, being a Special Agent with the Drug Enforcement Administration (DEA), and acting in his official capacity, set forth the following facts:

1. I am a Special Agent with the DEA, and have been so employed for 6 years. Prior to my employment with DEA, I was a Police Officer with the Wichita Police Department, Wichita, Kansas, for 5 years. I am currently assigned to the Guam Resident Office. The information

contained in this affidavit is based on information and written reports of law enforcement officers in the course of their official duties.

2. On January 25, 2005, a reliable and credible confidential informant (CI) met with a subject identified as John Calvo MAFNAS, for the purpose of negotiating the purchase of 100 grams of crystal methamphetamine "ice." During this meeting, agents physically observed and recorded audible conversation whereby MAFNAS spoke of purchasing the ice from the CI for $310.00 per gram. Agents further observed that MAFNAS had attempted to conceal his identity by wearing dark sunglasses and a hat pulled over his ears. Upon termination of the meeting, agents further observed that MAFNAS was accompanied by an unknown female. Both subjects were observed entering apartment B-12 located in the Winner Apartments, Baza Road, Tamuning, Guam.

3. On February 1, 2005 at approximately 11:10 a.m., the CI met with MAFNAS in the parking lot of the Kings Restaurant, located at the intersections of Route 14 and Route 1, Tamuning, at which time MAFNAS received a brown envelope containing approximately 100 grams of false crystal methamphetamine from the CI, and attempted to depart the location. MAFNAS was subsequently arrested at approximately 11:15 a.m. in the parking lot of the Guam Premier Outlet.

4. After being advised of his Miranda Warning, MAFNAS agreed to answer questions regarding the circumstances of his arrest. MAFNAS advised he had spoken with a subject identified as "Ed LNU" on the above date at approximately 10:00 a.m. who advised a package of ice was available. MAFNAS stated he met with "Ed LNU" at the parking lot of the King's Restaurant and received a brown envelope which "Ed LNU" stated contained 100 grams of "ice." The package was recovered from his left front pocket. MAFNAS was also in possession of three notes containing detailed calculations regarding the sale of ice.

//
//

2

5. Based on the foregoing, I have probable cause to believe that JOSEPH CALVO MAFNAS, has committed the offense of attempted possession with intent to distribute over fifty (50) grams of methamphetamine a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and 846.

DATED this <u>2nd</u> day of February, 2005.

_____
PAUL S. GRIFFITH
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED TO before me on this <u>2nd</u> day of February, 2005.

_____
JOAQUIN V. E. MANIBUSAN
Magistrate Judge
District Court of Guam

3