# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

JOSEPH CALVO MAFNAS

**WARRANT FOR ARREST**

Case Number: CR-05-00006

**FILED**
DISTRICT COURT OF GUAM
FEB 1-2 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JOSEPH CALVO MAFNAS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [ ] Indictment
- [ ] Information
- [x] Complaint
- [ ] Order of court
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

charging him or her with (brief description of offense)

ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

in violation of Title   21   United States Code, Section(s)   841(a)(1) & 846

| JOAQUIN V.E. MANIBUSAN, JR. | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 2/2/2005    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Tamuning, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 020205 | Paul Griffith, Special Agent | [signature] |
| DATE OF ARREST | | |
| 020105 | | |