ORIGINAL

1 joemafnasind

2 LEONARDO M. RAPADAS
United States Attorney
3 FREDERICK A. BLACK
Assistant U.S. Attorney
4 Sirena Plaza Suite 500
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
Telephone: (671) 472-7332
6 Telecopier: (671) 472-7334

7 Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB -9 2005
MARY L.M. MORAN
CLERK OF COURT

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE DISTRICT OF GUAM

11

12
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00006 |
13 | | ) | |
| Plaintiff, | ) | **INDICTMENT** |
14 | | ) | |
| | ) | ATTEMPTED POSSESSION |
15 | v. | ) | WITH INTENT TO DISTRIBUTE |
| | ) | METHAMPHETAMINE |
16 | | ) | [21 U.S.C. §§ 841(a)(1) and 846] |
| JOSEPH CALVO MAFNAS, | ) | |
17 | | ) | |
| | ) | |
18 | Defendant. | ) | |

19

20 THE GRAND JURY CHARGES:

21

22 On or about February 1, 2005, in the District of Guam, the defendant herein, JOSEPH

23 CALVO MAFNAS, did knowingly and intentionally attempt to possess with intent to distribute

24 //

25 //

26 //

27 //

28

over fifty (50) grams of methamphetamine a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and 846.

DATED this 9th day of February, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney