IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
FEB 10 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00006　　　　DATE: 2/10/2005　　　　TIME: 1:39 p.m.

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge　　　Law Clerk: J. Hattori
Court Reporter: Wanda Miles　　　Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 1:39:46 - 1:42:45　　　CSO: J. Lizama & J. McDonald

**APPEARANCES**

**DEFT: JOSEPH CALVO MAFNAS**　　　**ATTY: JOHN GORMAN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.　　　( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK　　　AGENT:

U.S. PROBATION: CARMEN O'MALLAN　　　U.S. MARSHAL: WALTER GREY

INTERPRETER: _____　　　( ) SWORN　LANGUAGE: _____
　　　　　　　　　　　　　　　　　　　　( ) PREVIOUSLY SWORN

**PROCEEDINGS:　　ARRAIGNMENT　　(SEALED CASE)**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ____ SCHOOL COMPLETED: GED
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE　　( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: SOLE COUNT IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: ____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at ____　( ) STATUS HEARING:_____ at ____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: APRIL 6, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

**Trial Order executed.**

Courtroom Deputy: ____