JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
JOSEPH CALVO MAFNAS



IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CALVO MAFNAS,<br><br>Defendant. | CR 05-00006<br><br>STIPULATION AND ORDER<br>CONTINUING TRIAL DATE AND<br>EXCLUDING TIME |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for April 6, 2005, at 9:00 a.m., be continued for approximately seven weeks to the fourth week of May, 2005, or a date convenient for the Court's calendar. The parties request this continuance so as to allow defense counsel further research and preparation time. A non-trial disposition for this matter had been anticipated but those negotiations have broken down. Defense counsel also needs further time to study and prepare transcripts of the audio tapes and other evidence. Also, defense counsel will be off-island from April 15, 2005, until May 2, 2005. Additionally, counsel for the Government will be off-island from May 6, 2005, until May 22, 2005.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the

time period beginning and including April 6, 2005, to and including ___June 1, 2005___, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Mafnas's best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Mafnas has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, March 17, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
JOSEPH CALVO MAFNAS

_____
FREDERICK A. BLACK
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED that the Defendant's Trial presently scheduled for April 6, 2005 at 9:00 a.m., be continued to ___June 1___, 2005, at __9:00 a__.m.

DATED: Hagatna, Guam, _March 22, 2005_.

**RECEIVED**
**MAR 17 2005**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge

2