joemafnasind2

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAR 23 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH CALVO MAFNAS, <br><br> Defendant. | CRIMINAL CASE NO. 05-00006 <br><br> **SUPERSEDING INDICTMENT** <br><br> ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE <br> [21 U.S.C. §§ 841(a)(1) and 846] <br> CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE <br> [21 U.S.C. § 846] |

THE GRAND JURY CHARGES:

### COUNT 1 - ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

On or about February 1, 2005, in the District of Guam, the defendant herein, JOSEPH CALVO MAFNAS, did knowingly and intentionally attempt to possess with intent to distribute over fifty (50) grams of methamphetamine a/k/a "ice," a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and 846.

| | |
|---|---|
| 1 | ## COUNT 2 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE |

1  **COUNT 2 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE**

2  From/Beginning on or about the month of July of 2004, the exact date being unknown to
3  the Grand Jury, and continuing to on or about the month of January of 2005, both dates being
4  approximate and inclusive, in the District of Guam and elsewhere, the defendant, JOSEPH
5  CALVO MAFNAS, other individuals not charged herein, knowingly and intentionally,
6  combined, conspired, confederated and agreed together and with each other, and with other
7  persons known and unknown to the Grand Jury to distribute over fifty (50) grams of
8  methamphetamine, a Schedule II narcotic controlled substance, in violation of Title 21, United
9  States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

10  DATED this 23rd day of March 2005.

11  A TRUE BILL.



14  Deputy Foreperson

15  LEONARDO M. RAPADAS
United States Attorney
16  Districts of Guam and NMI

18  By: _____
FREDERICK A. BLACK
19  Assistant U.S. Attorney

21  _____
RUSSELL C. STODDARD
22  First Assistant U.S. Attorney