joemafnas851

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 23 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00006 |
| Plaintiff, | |
| vs. | 21 U.S.C. § 851 |
| | **INFORMATION** |
| JOSEPH CALVO MAFNAS, | |
| Defendant. | |

**NOTICE OF INTENTION
TO SEEK ENHANCED PENALTY AGAINST DEFENDANT**

Plaintiff United States of America, pursuant to Title 21, United States Code, Section 851, hereby informs the Court and defendant, Joseph Calvo Mafnas, of its intention to seek an enhanced penalty in the event he is convicted on Counts 1 or Count 2 of the pending Superseding Indictment.

Defendant, Joseph Calvo Mafnas, has a prior conviction for a felony money laundering. Specifically, he was convicted on September 2, 1997 of 18 U.S.C. § 1956(a)(1)(A)(i), the crime of Laundering of Monetary Instruments, in the United States District Court for the Territory of Guam, Case No. 97-00041-001. This offense constitutes a "prior felony drug offense" 21, U.S.C. § 841(b)(1)(A)(viii). Accordingly, the United States intends to pursue the enhanced punishment

of a term of imprisonment not less than 20 years and up to life, in the event the defendant is convicted of the offense of Attempted Possession with Intent to Distribute Methamphetamine, charged in Count 1 or Conspiracy to Distribute Methamphetamine, charged in Count 2 of the pending Superseding Indictment.

RESPECTFULLY SUBMITTED this 23rd day of March 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney