AO83 (Rev. 10/03) Summons in a Criminal Case

U.S. MARSHALS RECEIVED
23 MAR 2005 14 08 00

FILED
DISTRICT COURT OF GUAM
MAR 24 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

**JOSEPH CALVO MAFNAS**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE** 

Case Number: **CR-05-00006**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | 413 |
| Before: | Date and Time<br>**Monday, March 28, 2005 at 2:00 p.m.** |

To answer a(n)

X Indictment Superseding ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1) & 846 - ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METAMPHETAMINE (COUNT 1)

21:846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (COUNT 2)

ORIGINAL

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk**<br>Name and Title of Issuing Officer | *Marilyn B. Alcon*<br>Signature of Issuing Officer |
| **March 23, 2005**<br>Date | |

| RETURN OF SERVICE |
|---|
| Date<br>Service was made by me on:¹ |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

SERVED TO DOC OFFICER TOVES TO SERVE TO DEFENDENT.
DEFENDANT IS IN OUR CUSTODY.

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3-24-05
            Date

SALAS, JOAQUIN L.G.
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.