ORIGINAL

joemafnasuns

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 13 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00006 |
| Plaintiff, ) | |
| vs. ) | **APPLICATION AND ORDER TO UNSEAL RECORD** |
| JOSEPH CALVO MAFNAS, ) | |
| Defendant. ) | |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-entitled cause for the reason that on February 2, 2005, the government informed the

//
//
//
//
//
//
//
//

court that the case was pending sealing approval. However, on February 9, 2005, the government informed the court at that time that it did not intend on sealing the record.

Respectfully submitted this 12th day of April, 2005.

>
> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and NMI
>
> By: /s/ Karon V. Johnson for
> FREDERICK A. BLACK
> Assistant U.S. Attorney

**IT IS SO ORDERED** this 13th day of April 2005.

> JOAQUIN V.E. MANIBUSAN, JR.
> Magistrate Judge
> District Court of Guam

RECEIVED
APR 12 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 2 -