FILED
DISTRICT COURT OF GUAM

MAY 3 1 2005

MARY L.M. MORAN
CLERK OF COURT

(16)

1  josephmafnasstp

2  LEONARDO M. RAPADAS
   United States Attorney
3  FREDERICK A. BLACK
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

8

9          IN THE UNITED STATES DISTRICT COURT

10              FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO.05-00006
                                     )
13                     Plaintiff.    )
                                     )    **STIPULATION AND ORDER TO**
14              vs.                  )    **VACATE TRIAL DATE; SET**
                                     )    **DATE FOR ENTRY OF PLEA**
15  JOSEPH CALVO MAFNAS,             )    **AND TO EXCLUDE TIME**
                                     )
16                     Defendant.    )
    _____    )

17

18      The parties in the case, Frederick A. Black, Assistant U.S. Attorney and John Gorman,

19  attorney for defendant, JOSEPH CALVO MAFNAS, request that the trial date of June 1, 2005 be

20  vacated and that this matter be set down for entry of a guilty plea pursuant to the signed plea

21  agreement forwarded to the court. The parties are requesting the court to set a date and time for

22  the entry of the plea sometime between July 6 and July 8 or at some other time convenient for the

23  court.

24      The parties agree that all time from the date of this stipulation until the date of the entry

25  of the plea will be excluded from in computing speedy trial computations pursuant to 18 U.S.C. §

26  3161(h)(1)(I), since the court will need to decide whether to accept the plea under FRCP

27  11(c)(1)(C). Attorney John Gorman will be off-island from May 31, 2005 to June 8, 2005 and on

28

July 5, 2005. Attorney Frederick Black plans to be off-island from June 8, 2005 to June 20, 2005 and also from July 12, 2005 to July 18, 2005.

SO STIPULATED.

_5/26/05_
DATE

JOHN T. GORMAN
Attorney for the Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_5-26-05_
DATE

FREDERICK A. BLACK
Assistant U.S. Attorney

* * * * O R D E R * * * *

IT IS HEREBY ORDERED that the trial date of June 1, 2005 is hereby vacated. The plea agreement entry will be scheduled for _July 6_____, 2005 at _9:30 a_ .m. The time from the signing of this stipulation by the parties until the date of the entry of the guilty plea will be excluded from the speedy trial computation.

_5/31/2005_
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED

MAY 27 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM