# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| V. | |
| JOSEPH CALVO MAFNAS | CASE NUMBER: CR-05-00006 |

TYPE OF CASE:

☐ CIVIL      X CRIMINAL

TAKE NOTICE that a proceeding in this case has been rescheduled for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |
| TYPE OF PROCEEDING | |
| CHANGE OF PLEA | |

FILED
DISTRICT COURT OF GUAM
JUN 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

17

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | DATE AND TIME PREVIOUSLY<br>SCHEDULED<br><br>July 6, 2005 at 9:30 a.m. | CONTINUED TO DATE<br>AND TIME<br><br>Monday, July 8, 2005 AT 9:00 a.m. |
|---|---|---|

MARY L.M. MORAN
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 30, 2005         *(signature)*
DATE                   (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
        Federal Public Defender
        U.S. Probation Office
        U.S. Marshal Services