IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


**FILED**
DISTRICT COURT OF GUAM
JUL -8 2005
**MARY L.M. MORAN CLERK OF COURT**

**CASE NO. CR-05-00006**          **DATE: 7/08/2005**          **TIME: 9:29 a.m.**

****************************************************************************

**HON. ROBERT M. TAKASUGI, Designated Judge**       Law Clerk: None Present
Court Reporter: Wanda Miles                         Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:29:18 - 9:44:20  CSO: F. Tenorio / D. Quinata

************************** A P P E A R A N C E S **************************

**DEFT: JOSEPH CALVO MAFNAS**                       **ATTY : JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** FRED BLACK                       **AGENT:** PAUL GRIFFITH, D.E.A.

**U.S. PROBATION:** STEPHEN GUILLIOT / CARLEEN BORJA  **U.S. MARSHAL:** S. LUJAN / W. GRAY

**INTERPRETER:** _____   ( ) SWORN   LANGUAGE: _____
                                          ( ) PREVIOUSLY SWORN

****************************************************************************

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:  AGE: ___   SCHOOL COMPLETED: ___
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) SUPERSEDING INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT I OF THE SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: OCTOBER 6, 2005   at  9:00 A.M.   ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: SEPTEMBER 1, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

<u>Government moved to withdraw its filing of the Notice of Intention to Seek Enhanced Penalty Against Defendant. GRANTED.</u>

Courtroom Deputy: _____