JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH CALVO MAFNAS

FILED
DISTRICT COURT OF GUAM
SEP 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00006 |
|---|---|
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE ) REPORT |
| vs. | ) |
| JOSEPH CALVO MAFNAS, | ) |
| Defendant. | ) |

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, JOSEPH CALVO MAFNAS, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Presentence Investigation Report.

DATED: Mongmong, Guam, September 21, 2005.

JOHN T. GORMAN
Attorney for Defendant
JOSEPH CALVO MAFNAS

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 21, 2005:

FREDERICK A. BLACK
Assistant United States Attorney, Senior Litigation Counsel
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


F. MICHAEL CRUZ
Chief U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, September 21, 2005.

_____
ALEXANDER A. MODABER
Investigator

JOHN T. GORMAN
Attorney for Defendant
JOSEPH CALVO MAFNAS