josephmafnaspsr

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00006 |
| Plaintiff, ) | **GOVERNMENT'S MOTION FOR A ONE-LEVEL DEPARTURE** |
| vs. ) | |
| JOSEPH CALVO MAFNAS, ) | |
| Defendant. ) | |

The United States adopted the presentence report in this matter on September 13, 2005. At the time, however, the government neglected to move for a one-level departure due to defendant's timely entry of a guilty plea. Accordingly, the United States moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate its resources efficiently. As reflected in the presentence report, defendant's total

//
//
//
//

offense level will be 29, with a sentencing range of 97-121 months. The government will be recommending 97 months incarceration.

RESPECTFULLY SUBMITTED this __22nd__ day of September, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

- 2 -

Case 1:05-cr-00006   Document 22   Filed 09/22/2005   Page 2 of 2