josephmafnaspsr2

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH CALVO MAFNAS, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00006 <br><br> **AMENDED GOVERNMENT'S MOTION FOR A ONE-LEVEL DEPARTURE** |

    The United States hereby amends line 1 and 2 of page 2 of its Government's Motion for a One-Level Departure filed on September 22, 2005 to recommend a sentence of 10 years, which is the mandatory minimum statutory sentence for this offense as correctly set forth in paragraph 82, page 19 of the presentence investigation report.

    Respectfully submitted this 27th day of September, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney