josephmafnasdismiss

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

OCT - 6 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00006 |
| Plaintiff, | **MOTION TO DISMISS COUNT II** |
| vs. | **OF THE SUPERSEDING INDICTMENT** |
| JOSEPH CALVO MAFNAS, | |
| Defendant. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that Count II of the Superseding Indictment in the above cause against defendant, JOSEPH CALVO MAFNAS, be dismissed for the reason that the defendant has been sentenced on Count I of the Superseding Indictment on October 6, 2005.

Respectfully submitted this 6th day of October 2005.

                                                       LEONARDO M. RAPADAS
                                                      United States Attorney
                                                      Districts of Guam and NMI

By: _____
        FREDERICK A. BLACK
        Assistant U.S. Attorney