IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**



**FILED**
DISTRICT COURT OF GUAM
OCT - 6 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00006**          **DATE: 10/06/2005**

HON. LLOYD D. GEORGE, Designated Judge, Presiding          Law Clerk: None Present
Court Reporter: Wanda Miles          Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 8:55:08 - 9:32:12**          CSO: N. Edrosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: JOSEPH CALVO MAFNAS**          **ATTY: JOHN GORMAN**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.          ( X ) PRESENT   ( ) RETAINED   ( X ) FPD   ( ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK          AGENT: PAUL GRIFFITH, D.E.A.

U.S. PROBATION: MARIA CRUZ          U.S. MARSHAL: G. PEREZ

INTERPRETER: _____     ( ) SWORN     LANGUAGE: _____
                                        ( ) PREVIOUSLY SWORN

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level:   32          Total offense level:   29          Criminal History Category:   II

   **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) **ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:**
Counsel stated that there is a joint recommendation for defendant not to serve more than 120 months. He requested the Court to release the defendant pending designation or to release defendant for three weeks so that he may take care of his personal affairs. He further requested that defendant be enrolled in a 500 hour drug treatment program.

( X ) **DEFENDANT ADDRESSES THE COURT AND APOLOGIZES**

( X ) **GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:**
Counsel opposed release pending designation. He recommended that the defendant be allowed to take care of his personal affairs through the U.S. Marshal Office. Counsel further stated that if the Court was inclined to release the defendant he recommended electronic monitoring.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

**NOTES/OTHER MATTERS:**

Defendant's ex-wife addressed the Court and stated that she is willing to have the defendant live with her. Probation Officer Maria Cruz addressed the Court and stated that electronic monitoring is possible. The Court stated that upon the installation of electronic monitoring the defendant will be released for one week. As a condition of defendant's release, the Court ordered the defendant to report daily to the U.S. Probation Office and to submit to drug tests. The Court further ordered the defendant to surrender on the seventh day of release to the U.S. Marshal's Office no later than 12 noon.

SENTENCE:   CR-05-00006                              DEFENDANT: JOSEPH CALVO MAFNAS

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 120 MONTHS. WHILE IN PRISON, THE DEFENDANT SHALL PARTICIPATE IN A DRUG EDUCATION PROGRAM, AS WELL AS EDUCATION AND VOCATIONAL PROGRAM APPROVED BY THE BUREAU OF PRISONS. DEFENDANT SHALL ALSO PARTICIPATE IN THE 500 HOUR DRUG TREATMENT PROGRAM.

(  )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF FIVE YEARS .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1.   DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2.   DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. HE SHALL SUBMIT TO UP TO EIGHT DRUG TESTS A MONTH FOR USE OF A CONTROLLED SUBSTANCE.

3.   DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4.   DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND CODIFIED UNDER 18 U.S.C. § 3583.

5.   DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6.   DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

7.   DEFENDANT SHALL PARTICIPATE IN A PROGRAM BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

8.   DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

   IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

   PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

   COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS. DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.