UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

**FILED**

DISTRICT COURT OF GUAM

OCT 18 2005

MARY L.M. MORAN
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cs. No. 05-00006-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **INFORMATION REPORT** |
| | ) | |
| JOSEPH CALVO MAFNAS | ) | |
| Defendant. | ) | |
| | ) | |

On February 2, 2005, Joseph Calvo Mafnas was brought before the Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge, U.S. District Court of Guam, for an Initial Appearance hearing on a Complaint which charged him with Attempted Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§841(a)(1) and 846. On February 9, 2005, the grand jury for the District of Guam returned a True Bill, which charged Mr. Mafnas with Attempted Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846 and was subsequently arraigned on February 10, 2005before Magistrate Judge Manibusan. On March 23, 2005, a Superceding Indictment was returned by the grand jury, which charged Mr. Mafnas with Count I - Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride, and Count II - Conspiracy to Distribute Methamphetamine Hydrochloride, both in violation of 21 U.S.C. §§ 841(a)(1) and 846. The government also filed a Notice of Intention to Seek Enhanced Penalty Against Defendant based on a prior felony drug offense in the U.S. District Court of Guam under Criminal Case No. 97-00041. On July 8, 2005, Mr. Mafnas appeared before Designated U.S. District Court Judge Robert M. Takasugi, and pled guilty to Count I of the Superceding Indictment. The government moved to withdraw its filing of the Notice of Intention to Seek Enhanced Penalty Against Defendant. On October 6, 2005, Mr. Mafnas was sentenced by Designated U.S. District Judge Lloyd D. George, to a 120-month imprisonment term to be followed by five years supervised release. At the Sentencing hearing, Defense Counsel made a request to the Court to release the defendant pending designation. The Court, however, deferred release until the U.S. Probation Office would conduct an investigation to determine if the proposed residence was feasible for electronic monitoring. Upon approval of the proposed residence, the home of his former wife, Geraldine Mafnas, the defendant was released with specific conditions. He was to self-surrender to the U.S. Marshal Service on October 14, 2005, by 12:00 p.m. He is alleged to have violated the following condition:

ORIGINAL

**Special condition:** *Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer.* On October 14, 2005, the Probation Officer received an alert from the BI Monitoring Center that Mr. Mafnas was out or range at 12:44 a.m. The Probation Officer called his residence and spoke with his former wife and third party custodian, Geraldine Mafnas, who indicated that he had left the residence after receiving a telephone call.

At approximately 1:55 a.m., Mr. Mafnas contacted the Probation Officer and indicated that he would self-surrender as scheduled. Mr. Mafnas was not given authorization to leave his residence and as of this report, has not returned to his residence.

**Supervision Compliance:** Mr. Mafnas reported daily since his release to the U.S. Probation Office for urinalysis and has tested negative on all occasions.

**Recommendation:** This report is informational in nature and the probation officer respectfully requests that no action be taken at this time.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:    JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Frederick Black, AUSA
       Federal Public Defender
       File